No. 81–1519.   DARWIN *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 81–1523.   STEWART ET AL. *v.* SOCIALIST WORKERS PARTY ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 81–1539.   BLOCK *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 81–1541.   BALLENGER *v.* ALABAMA.   Ct. Crim. App. Ala.   Certiorari denied.

No. 81–1576.   SNISKY, T/A PANTHER VALLEY COIN EXCHANGE *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 81–1579.   MILLER *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 81–1601.   IRWIN *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 81–1603.   SALAZAR *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 81–5623.   JOHNSON *v.* FOGG, SUPERINTENDENT, EASTERN NEW YORK CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir.   Certiorari denied.

No. 81–5836.   IN RE LINGER.   Sup. Ct. Ohio.   Certiorari denied.

No. 81–5894.   LEE *v.* GILSTRAP, CHIEF OF POLICE, WAYNE COUNTY, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 81–5907.   ELLIS *v.* ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.